IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COREY WILLIAMS,                                      1:10-cv-00984-DLB PC

                  Plaintiff,          ORDER TO SUBMIT A
                                                     **NON-PRISONER** APPLICATION
                                                     TO PROCEED IN FORMA PAUPERIS
vs.                                                  **OR** PAY THE $350.00 FILING FEE
                                                     WITHIN THIRTY DAYS
PAM AHLIN, ET AL.,

                 Defendants.
_____/

      Plaintiff is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  Individuals detained pursuant to California Welfare and Institutions Code section 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

      Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.  Accordingly, IT IS HEREBY ORDERED that:

      1.     The Clerk's Office shall send to plaintiff the attached form for application to proceed in forma pauperis **for a non-prisoner;**

      2.     Within thirty days of the date of service of this order, plaintiff shall submit the

1  completed and signed application to proceed in forma pauperis **for a non-prisoner**, or in the

2  alternative, pay the $350.00 filing fee for this action.  **Failure to comply with this order will**

3  **result in a recommendation that this action be dismissed.**

4     IT IS SO ORDERED.

5     **Dated:   June 4, 2010**        _____ /s/ **Dennis L. Beck**_____
                                            UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26